IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SEAN REILLY,

    Petitioner,

v.                                                 4:18cv253–WS/GRJ

SECRETARY, FLORIDA
DEPT. OF CORRECTIONS,

    Respondent.

_____

ORDER DISMISSING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation (ECF No. 26) docketed February 19, 2019. The magistrate judge recommends that (1) Respondent's motion to dismiss be GRANTED, and (2) Petitioner's petition for writ of habeas corpus be DISMISSED with prejudice. Petitioner has filed objections (ECF No. 27) to the magistrate judge's report and recommendation, and those objections have been carefully reviewed by the undersigned.

Upon review of the record in light of Petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be

adopted. Like the magistrate judge, the undersigned finds that Petitioner is no longer in custody pursuant to his sentence in Leon County Circuit Case No. 08–CF–781 for purposes of federal habeas corpus jurisdiction.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 26) is hereby ADOPTED and incorporated by reference into this order.

2. Respondent's motion to dismiss (ECF No. 12) is GRANTED.

3. Petitioner's petition for writ of habeas corpus (ECF No. 1) and this case are DISMISSED with prejudice for lack of jurisdiction.

4. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DISMISSED with prejudice."

5. A certificate of appealability is DENIED.

DONE AND ORDERED this ___21st___ day of __March__, 2019.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE